IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 15-111-01 |
| HAN TONG, | ) | |
| | ) | |
| Defendant. | ) | |

## PLEA

AND NOW, the defendant, HAN TONG, in the above entitled case hereby withdraws his pleas of NOT GUILTY to counts one, fifteen, twenty, and twenty-one of the indictment, entered July 17, 2015, and now pleads GUILTY to counts one, fifteen, twenty, and twenty-one of the indictment in open court this 29th day of July, 2015.

_____
Defendant

_____
Attorney